IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

APRIL BECK, individually, and on
Behalf of All Others Similarly
Situated,

        Plaintiffs,

v.   Case No.: 12-CV-00330-DRH-PMF

VNA HOMECARE, INC., d/b/a VNA
TIP HOMECARE,

        Defendant.

---

GAYLE HATFIELD, individually, and on
Behalf of All Others Similarly
Situated,

        Plaintiffs,

v.   Case No.: 12-CV-00331-DRH-PMF

VNA HOMECARE, INC., d/b/a VNA
TIP HOMECARE,

        Defendant.

---

**MICHELE MARLOW AND
TONYA SMITH, individually, and on
Behalf of All Others Similarly
Situated,**

      **Plaintiffs,**   Case No.: 12-CV-00332-DRH-PMF

v.

**VNA HOMECARE, INC., d/b/a VNA
TIP HOMECARE,**

      **Defendant.**

---

**MICHELLE WHITE, individually, and
on
Behalf of All Others Similarly
Situated,**

      **Plaintiffs,**

v.          Case No.: 11-CV-00971-DRH-PMF

**VNA HOMECARE, INC., d/b/a VNA
TIP HOMECARE,**

      **Defendant.**

---

## ORDER

   Pending before the Court is the parties' motion to dismiss the consolidated class action and collective action with prejudice (Doc. 98). Based on the reasons in the motion, the Court **GRANTS** the motion. The Court **DISMISSES with prejudice** this litigation and without costs as to all claims that Class plaintiffs

2

raised against defendant. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

Dated: April 14, 2014

Digitally signed by David R. Herndon
Date: 2014.04.14 11:25:35 -05'00'

Chief Judge
United States District Court

3